PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Ruben Isaac Simental            Docket No. 5:22-cr-00177-D-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW John Sheth, pretrial services/probation officer, presenting an official report upon the conduct of defendant Ruben Isaac Simental, who was placed under pretrial release supervision by the Honorable Suzanne Mitchell, sitting in the court at Western District of Oklahoma on the 26th date of May, 2022 under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(7) (f) abide by the following restrictions on personal association, residence, or travel: travel restricted to the State of Oklahoma, unless pre-approved by USPO.

7(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tampering with the efficiency and accuracy of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On February 26, 2023, the defendant was arrested by the Springfield Police Department, located in Springfield, Missouri. The defendant was in a park afterhours and was dropping cell phones using a drone into BOP facility MCFP Springfield, in violation of 18. U.S.C. 1791. The defendant did not have permission from the United States Probation Office to travel to Springfield, Missouri.

On February 14, 2023, the defendant traveled to Fort Worth, Texas, without the permission of the United States Probation Office.

On June 24, July 14, 15, 19, August 11, September 20, November 8, 2022, January 9, and February 10, 2023, the defendant failed to provide a urine specimen as directed.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOVES THE COURT PURSUANT TO 18 U.S.C. §3148(b) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.

TELEPHONICALLY APPROVED BY AUSA TRAVIS LEVERETT

_____
ASSISTANT UNITED STATES ATTORNEY


PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR HIS ARREST AND REVOKE THE DEFENDANT'S BOND.

## ORDER OF COURT

Considered and ordered this    26th    day of   February  , 20 23   and ordered filed and made a part of the records in the above case.

*[Signature]*
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 26, 2023

*[Signature]*
U.S. Pretrial Services/Probation Officer

Place    Oklahoma City, Oklahoma